Deceased. — Judgment and order confirming the report of the referee reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

In the Matter of the Estate of Cuthbert C. Gordon, Deceased. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

The Lawrenceville Cement Company, Appellant, v. S. Webber Parker and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J , not sitting.

Thomas Doyle, Appellant, v The Rector. etc., of Trinity Church, in the city of New York, Respondent. — Judgment affirmed, with costs. Opinion by Dykman. J.; Pratt, J., dissenting.

In the Matter of the Application of the Kings County Elevated Railroad Company, Appellant, to Condemn Lands of Joseph Bryan, Respondent. — Award of commissioners and order confirming amended report affirmed, with costs and disbursements. Opinion by Dykman, J.

In the Matter of the Application of the Kings County Elevated Railroad Company, Appellant, to Condemn Lands of Eliza J. Smith, Respondent. — Appraisal and report of commissioners and order confirming same affirmed, with ten dollars costs besides disbursements. Opinion by Dykman, J.

Robert McCulloch, Appellant, v. John Dobson and another, Respondents. — Judgment and order denying new trial affirmed, with costs; order granting extra allowance affirmed, with costs and disbursements. Opinion by Barnard, P. J ; Pratt, J., not sitting.

In the Matter of the Probate of the Will of James Stewart, Deceased. — Decree of surrogate reversed and issue to be framed as to the execution of the last will and codicils thereto, which were rejected by the surrogate and sent to a jury in Kings county; question of costs reserved until after the hearing. Opinion by Barnard, P. J.

The People of the State of New York ex rel. Charles J. Clinch v. Harrison S. Moore and others. — Proceedings of referees laying out road in Hempstead affirmed, with costs. Opinion by Dykman, J.

Edgar Eighmie, Respondent, v. Jacob Townsend, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Peter Shields, Executor, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

Moses W. Redding, Respondent, v. Abbey L. Redding, Appellant. — Order refusing to vacate decree affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Edward Haynes, Respondent, v. Edward Hatch, Appellant. — Order denying motion to vacate order for examination affirmed, with costs and disbursements. Opinion by Dykman, J. ; Pratt, J., not sitting.

August C. Klupp, Appellant, v. United Ice Lines, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J. ; Dykman, J., not sitting.

Charles G. Banks, Respondent, v. John T. Goodliffe and others, Appellants. — Judgments reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J , not sitting.

John F. Becken, Respondent, v. William J. Weeks, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Henry Fleer, Respondent, v. John Finken and another, as Administrators, Appellants — Report of referee and order confirming same affirmed, with costs. Opinion by Dykman, J.

In the Matter of the Judicial Settlement of Myron Brownell and another, as Executors, etc — Decree of surrogate reversed, with costs. Opinion by Pratt, J.

Mary S. Behrmann v. Metha Von Heyn. — Judgment for plaintiff upon submitted case, without costs. Opinion by Barnard, P J.

Bertha K. Doane, Respondent, v. Gustaf A. Anderson, Appellant — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Andrew J. Shields and others, Respondents, v. Sigismund B. Wortmann and another, Appellants. — Order denying allowance reversed, with costs and disbursements, with leave to renew motion at Special Term. Opinion by Pratt, J.

The People of the State of New York v. Louise J. Miller. — Sentence modified. Opinion by Dykman, J.

Walter J. Donohue, as Receiver, etc., Respondent, v. Edwin M. Jackson and another, Appellants. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Oliver T. Nanny, Respondent, v. Amzi L. Fancher and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Anna Mahoney, Administratrix, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Philip Goldberg, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Ruama Clark, Administratrix, Respondent, v. Susan M. Corwin and another, Executors, etc., Appellants. — Order awarding costs affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The Warburton Hall Association, Appellant, v. Patrick J. Flannery, Respondent. — Order overruling demurrer to plaintiff's complaint affirmed, with costs; and order denying * to correct record affirmed, without costs. Opinion by Pratt, J.

William J. Gaunt, Appellant, v. Ira P Taylor, Respondent. — Judgment of County Court reversed, and that of justice affirmed, with costs. Opinion by Dykman, J.

Margarethe Renderle, Respondent, v. Elizabeth Finken and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Catharine Crowther, Respondent, v. The City of Yonkers, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Levi P. Rose, Appellant, v. The City of Yonkers and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

In the Matter of the Accounts and Annual Statement of James Williams, County Treasurer of Orange County. — Order granted.

In the Matter of the Application of the Seaside and Brooklyn Bridge Elevated Railroad Company. — Order confirming report of commissioners granted.

---

*" Sic."

NOTE. — The balance of the cases reported and all those decided at the July Term of the Fourth Department, but not reported, will be found in (61 Hun) the next volume.